

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

KENNETH LEE DOUDS

      VS.                            CAUSE NUMBER PD-0857-14

THE STATE OF TEXAS

## <u>ORDER</u>

The above styled and numbered cause is before this Court in Cause No. 180270 from County Court at Law No. 1 of Brazoria County.

The Court is of the opinion the following exhibit should be inspected:

    1.  Defense Exhibit # 1  ( DVD recording)

Pursuant to Tex. R. App. 34.6(g)(2), the County Clerk of Brazoria County is ordered to file this exhibit with the Clerk of this Court on or before the 29th day of May, 2015.

IT IS SO ORDERED THIS THE 15th  DAY OF MAY, 2015

PER CURIAM

EN BANC

DO NOT PUBLISH